IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JAMES R. COWART, #L5075                                                                    PLAINTIFF

VERSUS                                                    CIVIL ACTION NO. 5:05cv123DCB-JCS

MISSISSIPPI DEPARTMENT OF CORRECTIONS,
et al.                                                                                                      DEFENDANTS

### FINAL JUDGMENT

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. As reflected in the Memorandum Opinion and Order of the court issued this day, the plaintiff's claims are not cognizable under 42 U.S.C. § 1983. Consequently, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), with prejudice, for failure to state a claim upon which relief may be granted.

Since this case is dismissed in accordance with the above mentioned provision of the Prison Litigation Reform Act, it will be counted as a "strike" pursuant to 28 U.S.C. § 1915(g).    SO ORDERED AND ADJUDGED, this the 14th day of June, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE